UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FRANK ATKINS (#504572)**                                        **CIVIL ACTION**

**VERSUS**

                                                                     **NO. 18-1013-JWD-SDJ**

**DARREL VANNOY, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 4, 2021 (Doc. 18), to an objection (Traverse) was filed and considered, (Doc. 19),

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is DENIED and that this proceeding is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that, if Petitioner seeks to pursue an appeal in this case, a certificate of appealability shall be denied.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>October 28, 2021</u>.

                                                   **JUDGE JOHN W. deGRAVELLES**
                                                   **UNITED STATES DISTRICT COURT**
                                                   **MIDDLE DISTRICT OF LOUISIANA**